UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-2161

_____

JOHN S. MACDONALD

v.

CASHCALL, INC; WS FUNDING, LLC; DELBERT SERVICES CORP; AND J. PAUL REDDAM,

Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. No. 2-16-cv-02781)
District Judge: Hon. Madeline Cox Arleo

_____

Argued on January 24, 2018

_____

Before: HARDIMAN, VANASKIE, and SHWARTZ, Circuit Judges.

_____

JUDGMENT

_____

This came to be considered on the record from the United States District Court for the District of New Jersey and was argued before the Panel on January 24, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on April 28, 2017 is hereby

AFFIRMED.  Costs taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  February 27, 2018

**Certified as a true copy and issued in lieu of a formal mandate on**  March 21, 2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**