# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN S. MACDONALD and JESSICA C. SPEARMAN, | Civil Action No. 2:16-cv-02781-MCA-LDW |
| Plaintiffs, | Motion Date: May 6, 2019 |
| v. | |
| CASHCALL, INC.; WS FUNDING, LLC; DELBERT SERVICES CORP.; and J. PAUL REDDAM, | |
| Defendants. | |

**Plaintiffs' Notice of Motion for Class Certification Pursuant to Fed. R. Civ. P. 23**

TO COUNSEL: Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corp. and J. Paul Reddam

PLEASE TAKE NOTICE that on May 6, 2019, or as soon thereafter as this motion may be heard, attorneys for Plaintiffs John S. MacDonald and Jessica C. Spearman, shall move before the Honorable Madeline Cox Arleo, United States District Judge, in the United States District Court, District of New Jersey – Newark Vicinage, M.L. King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order for Class Certification pursuant to Federal Rule of Civil Procedure 23.

1

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the Memorandum of Law submitted herewith, the Declarations of Anna P. Prakash and Matthew W.H. Wessler, and such other papers as may be filed in support of and in opposition to this motion. A proposed Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested on the motion.

Dated: February 8, 2019         s/Patricia A. Barasch

**NICHOLS KASTER, PLLP**
Anna P. Prakash, MN Bar No. 0351362*
Brock J. Specht, MN Bar No. 0388343*
Robert L. Schug, MN Bar No. 0387013*
Matthew H. Morgan, MN Bar No. 304657*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
bspecht@nka.com
schug@nka.com
morgan@nka.com

**GUPTA WESSLER PLLC**
Matthew Wessler*
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
matt@guptawessler.com

**SCHALL & BARASCH, LLC**
Patricia A. Barasch, NJ Bar No. 0055480
Moorestown Office Center
110 Marter Ave, Suite 302
Moorestown, NJ 08057
Telephone: (856) 914-9200
Facsimile: (856) 914-9420
pbarasch@schallandbarasch.com

*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiffs John MacDonald
and Jessica Spearman*

3

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 8, 2019, I caused copies of the within Notice of Motion, Memorandum of Law, Declaration of Anna P. Prakash with supporting documents, Declaration of Matthew W.H. Wessler and proposed order to be served via ECF upon counsel for Defendants listed below.

    Andrew Muscato
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    New York, New York 10036

    Joseph L. Barloon
    Austin K. Brown
    Drew P. Newman
    Jennifer Z. Gindin
    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Avenue, N.W.
    Washington, D.C. 20005

Dated: February 8, 2019        s/ Patricia A. Barasch