# SCHALL & BARASCH L.L.C
### Attorneys at Law

Richard M. Schall*
Patricia A. Barasch

*Also licensed in Pennsylvania*
*\*Of Counsel*

Moorestown Office Center
110 Marter Avenue
Suite 105
Moorestown, NJ 08057-3124
856-914-9200
856-914-9420 Fax

July 24, 2020

**VIA ECF**
Magistrate Judge Edward S. Kiel
U.S. District Court, District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

*Re:*   *MacDonald, et al. v. CashCall, Inc., et al.*, **Case No. 2:16-cv-02781-MCA-ESK**

Dear Magistrate Judge Kiel:

Pursuant to Your Honor's Text Order of May 17, 2020 (ECF No. 117), the telephone status conference originally scheduled for May 19, 2020 was moved to July 30, 2020 in the above-referenced case. For the reasons set forth below, the Plaintiffs respectfully request that Your Honor now adjourn the status conference set for July 30, 2020. <u>Defense counsel has informed Plaintiffs' counsel that Defendants concur with this request</u>.

The parties reached a class-wide settlement earlier this year. Judge Arleo granted preliminary settlement approval on July 1, 2020. (ECF No. 118.) Settlement notice was mailed to class members on July 21, 2020. A final fairness hearing on the settlement is set for October 1. (ECF No. 118.)

Given the foregoing, the parties have not engaged in further discovery, and there are no pending litigation deadlines. The parties have no issues to raise with Your Honor at this time. For these reasons, Plaintiffs ask that the status conference set for July 30, 2020 be adjourned.

Thank you for your kind attention to this matter.

Respectfully Submitted,

**SCHALL & BARASCH, LLC**

<u>s/Patricia A. Barasch</u>
Patricia A. Barasch

cc:   All Counsel of Record (via ECF)