# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN S. MACDONALD and JESSICA C. SPEARMAN, | Civil Action No. 2:16-cv-02781-MCA-ESK |
| Plaintiffs, | Hearing Date: October 1, 2020 at 2:00 p.m. |
| v. | |
| CASHCALL, INC.; WS FUNDING, LLC; DELBERT SERVICES CORP.; and J. PAUL REDDAM, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENTS

TO COUNSEL: Skadden, Arps, Slate, Meagher & Flom LLP, and Pearson, Simon & Warshaw, LLP attorneys for Defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corp. and J. Paul Reddam

PLEASE TAKE NOTICE that pursuant to the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 118) on October 1, 2020 at 2:00 p.m., attorneys for Plaintiffs John S. MacDonald and Jessica C. Spearman and the settlement class, shall move before the Honorable Madeline Cox Arleo, United States District Judge, in the United States District Court, District of New Jersey, Martin Luther King Building and U.S. Courthouse, Courtroom MLK 4A, 50 Walnut Street, Newark, New Jersey 07102, for an Order

granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Service Payments.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the Memorandum of Law submitted herewith, the declarations referenced therein, and any other papers as may be filed in support of this motion. A proposed Order including the relief sought in the instant motion will be submitted on September 14, 2020, in conjunction with Plaintiffs' Motion for Final Settlement Approval.

Dated: August 21, 2020                    Respectfully submitted,

s/Patricia A. Barasch

**NICHOLS KASTER, PLLP**
Anna P. Prakash, MN Bar No. 0351362*
Brock J. Specht, MN Bar No. 0388343*
Robert L. Schug, MN Bar No. 0387013*
Matthew H. Morgan, MN Bar No. 304657*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
bspecht@nka.com
schug@nka.com
morgan@nka.com

**GUPTA WESSLER PLLC**
Matthew Wessler*
1700 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741

Facsimile: (202) 888-7792
matt@guptawessler.com

**SCHALL & BARASCH, LLC**
Patricia A. Barasch, NJ Bar No. 0055480
Moorestown Office Center
110 Marter Ave, Suite 105
Moorestown, NJ 08057
Telephone: (856) 914-9200
Facsimile: (856) 914-9420
pbarasch@schallandbarasch.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs John MacDonald, Jessica Spearman, and the Settlement Class*

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 21, 2020, I caused copies of the within Notice of Motion, Memorandum of Law, supporting declarations to be served via ECF upon counsel for Defendants registered to receive ECF notification in this case.

Dated: August 21, 2020                     s/Patricia A. Barasch