# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN S. MACDONALD and JESSICA C. SPEARMAN, | Civil Action No. 2:16-cv-02781-MCA-ESK |
| Plaintiffs, | Hearing Date: October 1, 2020 at 2:00 p.m. |
| v. | |
| CASHCALL, INC.; WS FUNDING, LLC; DELBERT SERVICES CORP.; and J. PAUL REDDAM, | |
| Defendants. | |

## NOTICE OF FORTHCOMING PROPOSED ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENTS

In accordance with the parties' settlement agreement, Plaintiffs file their motion for fees, costs, and service payments fourteen days before the Opt-Out and Objection Deadline and separately from their forthcoming motion in support of final approval of the settlement. Plaintiffs will file the motion for final settlement approval on or before September 14, 2020. A proposed order as to both the instant motion and final approval is attached to the parties' settlement agreement as Exhibit B (ECF No. 112-5), and Plaintiffs will file the same proposed order with placeholders filled in with the final approval motion on September 14.

Dated: August 21, 2020

Respectfully submitted,

s/Patricia A. Barasch

**NICHOLS KASTER, PLLP**
Anna P. Prakash, MN Bar No. 0351362*
Brock J. Specht, MN Bar No. 0388343*
Robert L. Schug, MN Bar No. 0387013*
Matthew H. Morgan, MN Bar No. 304657*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
bspecht@nka.com
schug@nka.com
morgan@nka.com

**GUPTA WESSLER PLLC**
Matthew Wessler*
1700 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
matt@guptawessler.com

**SCHALL & BARASCH, LLC**
Patricia A. Barasch, NJ Bar No. 0055480
Moorestown Office Center
110 Marter Ave, Suite 105
Moorestown, NJ 08057
Telephone: (856) 914-9200
Facsimile: (856) 914-9420
pbarasch@schallandbarasch.com

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs John MacDonald, Jessica Spearman, and the Settlement Class*