# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN S. MACDONALD and JESSICA C. SPEARMAN, | Civil Action No. 2:16-cv-02781-MCA-ESK |
| Plaintiffs, | Hearing Date: October 1, 2020 at 2:00 p.m. |
| v. | |
| CASHCALL, INC.; WS FUNDING, LLC; DELBERT SERVICES CORP.; and J. PAUL REDDAM, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL SETTLEMENT APPROVAL

TO COUNSEL: Skadden, Arps, Slate, Meagher & Flom LLP, and Pearson, Simon & Warshaw, LLP attorneys for Defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corp. and J. Paul Reddam

PLEASE TAKE NOTICE that pursuant to the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 118) on October 1, 2020 at 2:00 p.m., attorneys for Plaintiffs John S. MacDonald and Jessica C. Spearman and the Settlement Class, shall move this Court for an Order granting Plaintiffs' Unopposed Motion for Final Settlement Approval, to be heard in conjunction with Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Payments.

1

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the Memorandum of Law submitted herewith, the declarations referenced therein, and any other papers as may be filed in support of this motion. A proposed Order is submitted herewith.

Dated: September 14, 2020               Respectfully submitted,

<div style="margin-left: 3em;">

s/Patricia A. Barasch

**NICHOLS KASTER, PLLP**
Anna P. Prakash, MN Bar No. 0351362*
Brock J. Specht, MN Bar No. 0388343*
Robert L. Schug, MN Bar No. 0387013*
Matthew H. Morgan, MN Bar No. 304657*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
bspecht@nka.com
schug@nka.com
morgan@nka.com

**GUPTA WESSLER PLLC**
Matthew Wessler*
1700 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
matt@guptawessler.com

**SCHALL & BARASCH, LLC**
Patricia A. Barasch, NJ Bar No. 0055480
Moorestown Office Center
110 Marter Ave, Suite 105
Moorestown, NJ 08057

</div>

Telephone: (856) 914-9200
Facsimile: (856) 914-9420
pbarasch@schallandbarasch.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs John MacDonald, Jessica Spearman, and the Settlement Class*

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 14, 2020, I caused copies of the within Notice of Motion, Memorandum of Law, and supporting declarations to be served via ECF upon counsel for Defendants registered to receive ECF notification in this case.

Dated: September 14, 2020                                          s/Patricia A. Barasch